PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Shannon Raines**     Case Number: **1:00CR00041**

Name of Sentencing Judicial Officer:     **The Honorable Susan J. Dlott**
                                         **United States District Judge**

Date of Original Sentence: **October 25, 2000**

Original Offense: **Theft of Firearms from a Federal Licensee**

Original Sentence: **30 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**     Date Supervision Commenced: **January 3, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 Failure to Pay Restitution | On October 25, 2000, the Court ordered Mr. Raines to pay $36,586.45 restitution and a $100 special assessment fee. To date, he has paid his special assessment fee in full; however, has only paid $210.00 toward his restitution. Restitution is to be paid jointly and severally with his other co-defendants. |

**U.S. Probation Officer Action:**

On October 25, 2000, the Court sentenced Mr. Raines to 30 months imprisonment followed by three years supervised release after having been charged with Theft of Firearms from a Federal Licensee. As a condition of his supervised release, he was ordered to pay a $100 special assessment fee and $36,586.45 restitution.

Since being on supervision, Mr. Raines has had some difficulties. At times, he has failed to submit his monthly reports and had been testing positive for the use of marijuana. As a result, this officer had to notify the Court on April 24, 2005 requesting that Mr. Raines' supervision be modified to include his participation for 90 days in a halfway house which the Court agreed.

While in the halfway house, Mr. Raines was compliant and has since submitted urinalysis which have been negative. He is currently unemployed and is helping take care of his girlfriend and his two children who are under the age of two.

PROB 12A
(12/98)

2

At this time, it is respectfully recommended that the Court take notice of the violation, but allow Mr. Raines' supervision to expire on January 2, 2006 even if his financial obligation has not been paid in full. In the mean time, this officer will continue to monitor Mr. Raines' progress.

Respectfully submitted,

by *[signature]*
Darla J. Huffman
U. S. Probation Officer
Date: **September 28, 2005**

Approved,

by *[signature]*
Supervising U. S. Probation Officer
Date: 9-28-05

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

10/7/05
Date